IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HERMINIO VEGA,

       Plaintiff,

v.

JON E. LITSCHER, LIZZIE TEGELS and
MELINDA DERUS

       Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-66-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/17/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |